**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
EVEREST FOODS INC., PUNCHGINI, INC., A
SPICE ROUTE INC., IMPECCABLE KITCHEN
BRONX CORP., JUNOON NYC LLC, PAISLEY
RESTAURANT, LLC, PAPRIKA II LLC, PAYAM
INC., SABHARWAL HOSPITALITY GROUP LLC,
SURYA HELLS KITCHEN INC., SHARMA &
SINGH RESTAURANT GROUP INC., and
SHREE LAXMI RESTAURANT INC.,

                Plaintiffs,                21 **CIVIL** 6316 (AKH)

      -against-                   **JUDGMENT**

ANDREW M. CUOMO, in his individual capacity,
and BILL de BLASIO, in his individual capacity,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order and Opinion dated February 7 2022, Defendants' motions to dismiss are granted. Judgment is granted in Defendants' favor, and the case is dismissed against them.

**Dated:** New York, New York
       February 8, 2022

                                      **RUBY J. KRAJICK**
                                        **Clerk of Court**
               **BY:**
                                        **Deputy Clerk**